**No. 46028.**—Protests 11788–K, etc., of John Alban & Co., Inc., et al. (New York).

Opinion by Keefe, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE FIRST DIVISION, JUNE 10, 1941

**No. 46029.**—Protest 916700–G of Wm. Shaland (New York).

Opinion by Oliver, P. J.   In accordance with stipulation of counsel cigarette whistles in.part of bamboo similar to those the subject of Abstract 39509 were held dutiable at 45 percent under paragraph 409 and trick daggers like those passed upon in Abstract 37637 at 45 percent under paragraph 397.

**No. 46030.**—Protest 55800–K of Dan Brechner & Co. (New York).

Opinion by Oliver, P. J.   It was stipulated that the cigarette whistles in ·question are similar to those the subject of Abstract 39509. The claim at 45 percent under paragraph 409 was therefore sustained.

**No. 46031.**—Protest 57999–K of New York Mdse. Co., Inc. (New York).

Opinion by Oliver, P. J.   In accordance with stipulation of counsel and on the authority of *May* v. *United States* (T. D. 47760) and *Woolworth* v. *United States* (T. D. 48573) the tennis rackets in question were held dutiable at 30 percent under paragraph 1502 as claimed.

**No. 46032.**—Protest 59538–K of N. Y. Merchandise Co., Inc. (New York).

Opinion by Oliver, P. J.   It was stipulated that the opera glasses in question are similar to those the subject of *Woolworth* v. *United States* (2 Cust. Ct. 1, C. D. 74).   The claim at 35 percent under paragraph 228 (b) was therefore sustained.

**No. 46033.**—Protest 59192–K of De Boer & Livingston, Inc. (New York).

Opinion by Oliver, P. J.   It was stipulated that the atomizers in question are similar to those the subject of Abstract 44140.   The claim at 60 percent under paragraph 218 (f) was therefore sustained.